[No. 5692-5-II. Division Two. September 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA P. DOWDLE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7693, Alan R. Hallowell, J., entered June

18, 1981. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.